CATHERINE F. BREW, as Executrix of MONA B. SEIDL, Deceased, Appellant, *v.* HENRY BEHRENHOFF, Respondent.

Argued December 1, 1943; decided January 6, 1944.

*Myron Wisoff* and *Samuel J. Moskowitz* for appellant.

*Herbert F. Hastings, Jr.*, and *F. G. Mann* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.